RECEIVED
IN LAKE CHARLES, LA

JUL 20 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| MICHAEL ALLEN DUSHARME #19863 | : | DOCKET NO. 2:11 CV86 SECTION "P" |
| VS. | : | JUDGE MINALDI |
| RICHARD LEO WOODCROFT, et al. | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's civil rights complaint be DENIED and DISMISSED without prejudice for having been filed in a court of improper venue. Alternatively, it is

ORDERED that the plaintiff's civil rights complaint be DISMISSED with prejudice as frivolous in accordance with the provision of 28 U.S.C. § 1915(e)(2)(B).

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___ day of __July__ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE